UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JAMES COLLIN MCCORD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:22-CV-00004-JRG-CRW |
| POLK COUNTY JAIL, POLK COUNTY POLICE DEPARTMENT, and STATE OF TENNESSEE, | ) ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983 as to any named Defendant;

2. Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A;

3. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

4. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                                s/J. RONNIE GREER
                                     UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:


    s/ *LeAnna R. Wilson*
    District Court Clerk